UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BRYANT, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, et al.,<br><br>  Defendants. | Case No. 20-cv-03243-VC<br><br>**ORDER DENYING APPLICATION FOR TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. No. 9 |

The application for a temporary restraining order is denied. The plaintiffs have not shown that they are likely to succeed on the merits of their lawsuit, that the balance of equities tips in their favor, or that an injunction is in the public interest. *See Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008).

**IT IS SO ORDERED.**

Dated: May 19, 2020

VINCE CHHABRIA
United States District Judge