BRUCE D. GOLDSTEIN Sonoma County Counsel (SBN 135970)
MICHAEL A. KING Deputy County Counsel (SBN 77014)
County of Sonoma
575 Administration Drive,
Room 105-A
Santa Rosa, California 95403
Telephone: (707) 565-2421

Attorneys for County Defendants,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BRYANT AND MICHAEL BRYANT dba CROSSING THE JORDON,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in official capacity as Governor of California; et al.<br><br>Defendants. | CASE NO. 3:20-cv-3243 VC<br><br>[PROPOSED] ORDER GRANTING MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE<br><br>Judge: Hon. Vince Chhabria |

Defendants, DR. SUNDARI MASE, in her official capacity as the Sonoma County Public Health Officer; et al. (collectively "County Defendants") brought a Motion to Continue the Initial Case Management Conference from September 15, 2020, based upon unavailability of trial counsel due to pre-planned vacation. Good cause appearing, the Motion is granted.

The Initial Case Management Conference is hereby continued to September 22, 2020 at 2 p.m. This proceeding will be held via a Zoom webinar. Webinar Access: All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vc.

IT IS SO ORDERED.

Dated: September 1, 2020

_____
Hon. Vince Chhabria

GRANTED
Judge Vince Chhabria

Order                                  1