ROBERT H. PITTMAN, Sonoma County Counsel (SBN 172154)
MICHAEL A. KING Deputy County Counsel (SBN 77014)
County of Sonoma
575 Administration Drive,
Room 105-A
Santa Rosa, California 95403
Telephone: (707) 565-2421

Attorneys for Defendants, DR. SUNDARI MASE,
in her official capacity as the
Sonoma County Public Health Officer

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA BRYANT AND MICHAEL BRYANT dba CROSSING THE JORDON,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in official capacity as Governor of California; et al.<br><br>Defendants. | CASE NO. 3:20-cv-3243 VC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE DISMISSAL WITH PREJUDICE**<br><br>42 U.S.C. § 1983<br><br>**[DEMAND FOR JURY TRIAL]**<br><br>Judge: Hon. Vince Chhabria |

IT IS HEREBY STIPULATED AND AGREED by and between the parties to the above entitled action, by their respective counsel, as follows:

1. All claims against Defendant Dr. Sundari Mase, in her official capacity as the Sonoma County Public Health Officer, all previously named County Defendants, and all County of Sonoma related Doe Defendants shall be dismissed with prejudice.

2. Plaintiffs Dana Bryant and Michael Bryant, shall bear their own attorney's fees and costs; shall waive any claim for attorney's fees and costs; and shall waive any appellate rights.

3.  Defendant Dr. Sundari Mase and previously dismissed County of Sonoma defendants shall bear their own attorney's fees and costs; waive any claim for attorney's fees and costs in this case; save and except for the sum of $ 1,500.00 to be paid to the County of Sonoma, no later than 30 days after the approval of this Stipulation by the Court.

4.  Plaintiffs Dana Bryant and Michael Bryant, and each of them, hereby release and waive any claim they have or may have, whether known or unknown as individuals or as owners of any business, including Crossing the Jordan; against Dr. Sundari Mase any employee, Board Member, or agent of County of Sonoma, arising from the incident or events described in the operative First Amended Complaint on file herein. (Civil Code section 1542 waiver)

Dated: October __, 2020               BECKER LAW PRACTICE

                                       _/s/ Matthew Becker_

                                      Matthew Becker
                                      Attorneys for Plaintiff


                                      ROBERT H. PITTMAN, County Counsel

                                      _/s/ Michael A. King_
Dated: October 26, 2020
                                      Michael A. King
                                      Deputy County Counsel
                                      Attorneys for Defendants, DR. SUNDARI
                                      MASE, in her official capacity as the
                                      Sonoma County Public Health Officer; and
                                      County Defendants

## ORDER

IT IS HEREBY ORDERED, pursuant to the stipulation of the parties and for good cause shown, that all claims are hereby dismissed with prejudice against Defendant Dr. Sundari Mase, in her official capacity as the Sonoma County Public Health Officer, any previously named County of Sonoma Defendant, and all County of Sonoma related Doe Defendants. Each party shall bear its own attorney's fees and costs save and except for the sum of $1,500.00 to be paid to the County of Sonoma, no later than 30 days after this Order. This court will retain jurisdiction over the issue of payment of this sum.

Dated: October 29, 2020



HON. VINCE CHHABRIA
United States District Judge